## STATE OF INDIANA *v.* F. W. COOK BREWING COMPANY.

[No. 23,025. Filed May 31, 1917.]

From Sullivan Circuit Court; *William H. Bridwell,* Judge.

Prosecution by the State of Indiana against the F. W. Cook Brewing Company. From a judgment quashing the indictment, the State appeals. *Affirmed.*

*Evan B. Stotsenburg,* Attorney-General, *Omer S. Jackson* and *Wilbur T. Gruber,* for the State.

*Davis, Bogart, Royse & Moore, Gilbert W. Gambill* and *Cunningham & Ortmeyer,* for appellee.

SPENCER, J.—The issues of law presented by this appeal are, in their substance, the same as those which were considered by this court in *State* v. *Terre Haute Brewing Co.* (1917), *ante* 248, 115 N. E. 772. On the authority of that opinion, the judgment of the trial court herein is affirmed.

---

## STATE OF INDIANA *v.* TAYLOR.

[No. 23,030. Filed May 31, 1917.]

From Sullivan Circuit Court; *William H. Bridwell,* Judge.

Prosecution by the State of Indiana against William H. Taylor. From a judgment quashing the indictment, the State appeals. *Affirmed.*

*Evan B. Stotsenburg,* Attorney-General, and *M. L. Pigg,* for the State.

*John W. Lindley* and *Walter F. Wood,* for appellee.

SPENCER, J.—The issues of law presented by this appeal are, in their substance, the same as those which were considered by this court in *State* v. *Bedford* (1917), *ante* 297, 116 N. E. 423. On the authority of that decision, the judgment of the trial court herein is affirmed.